## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

TOMMY WIMBUSH,                                                                                        PLAINTIFF
ADC #116902

v.                                                   2:10-cv-00146-JJV

RODNEY FORD and
CLEASTER DEAN                                                                                       DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of November, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE